

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2018

No. 04-18-00026-CV

Rosie Marie **WEAVER**,
Appellant

v.

John G. **PREDDY**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2016-05-31156-CV
Honorable Camile Glasscock Dubose, Judge Presiding

## O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

The panel has considered the appellant's motion for rehearing and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court